**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

01 MAY 31 PM 2: 10

N.D. OF ALABAMA

| | | |
|---|---|---|
| TOMMIE WILLIAM SANDERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 00-G-0692-S |
| | ) | |
| WARDEN TERRENCE MCDONNELL | ) | |
| and BILL PRYOR, ATTORNEY | ) | |
| GENERAL FOR THE STATE OF | ) | |
| ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

ENTERED

MAY 31 2001

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's

Report and Recommendation and the objections of the petitioner and has reached an independent

conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and

approved. The court hereby adopts and approves the findings and recommendation of the magistrate

judge as the findings and conclusions of the court. In accord with the recommendation, this petition

for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be

entered.

**DONE**, this _31st_ day of _May_____, 2001.

_____
J. FOY GUIN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

